```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0104--CR (JWS)
                             "USA V TIFFANY LYNN SCOTT"
                             DEF 1.1 SCOTT, TIFFANY LYNN

                 Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 10/24/05
            Closed: NO
No. of Defendants: 1
    MJ Case Number:
               AKA:
   Location status: Not specified
        Trial date:
        Terminated: NO
Needs interpreter: NO
Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Crandon H. Randell
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 SCOTT, TIFFANY LYNN

Document         Count    Citation and Description                              Disposition
--------         -----    ------------------------                              -----------
    1 -   1 INF    1      18:666 THEFT OF FEDERAL FUNDS (F)                     Pending

    1 -   1 INF    2      18:1029(a)(2) CREDIT CARD FRAUD (F)                   Pending

    1 -   1 INF    3      26:7206(1) FILING FALSE TAX RETURN (F)                Pending
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A05-0104--CR (JWS)
                                   "USA V TIFFANY LYNN SCOTT"

                                       For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 10/24/05
            Closed: NO
No. of Defendants: 1


Document #   Filed      Docket text

      1 -  1  10/24/05   [Re: DEF 1] PLF 1 Information.

   NOTE -  1  10/27/05   Issued: Summons.

   NOTE -  2  10/27/05   Notation: Trial Setting Memo for Arr to USDJ.

      2 -  1  10/27/05   [Re: DEF 1] JDR Minute Order re Arr set for 12/5/05 at 9:30 a.m. cc:
                         USA, USM, USPO, def w/USM cy

      3 -  1  11/02/05   USM Return of svc on summons re: DEF 1 executed on 11/02/05.
```