AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

**FILED**
DEC - 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WAIVER OF INDICTMENT** |
| Tiffany Lynn Scott | |
| | CASE NUMBER: A05-0104-CR  (JWS) |

I, _Tiffany Lynn Scott_, the above named defendant, who is accused of the charges as stated in the Information and being advised of those charges, and of my rights, hereby waive in open court on _December 5, 2005_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _John D. Roberts_
John D. Roberts, U.S. Magistrate Judge

6