FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -5 PM 4: 21

Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIFFANY LYNN SCOTT,<br><br>Defendant. | NO. A05-0104 CR (JWS)<br><br>**ENTRY OF APPEARANCE** |

Rich Curtner, Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for Defendant Tiffany Lynn Scott in the above-captioned action.

DATED this 5th day of December 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

Rich Curtner
Federal Defender



Certification:
I certify that on December 5, 2005,
I hand delivered a copy of this document to:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9 Rm 253
Anchorage, AK  99513-7567

Karolyn Miller