

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   TIFFANY LYNN SCOTT

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                              CASE NO.  A05-0104 CR (JWS)

 Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 20, 2005

ORDER SCHEDULING TRIAL

        The above matter is hereby set on for jury trial on **Monday,**
**February 6, 2006, at 9:00 a.m.,** before Judge Sedwick, at Anchorage,
Alaska.  Counsel are expected to have pretrial matters assigned to the
United States Magistrate Judge resolved no later than 7 days before
trial.  Any unresolved pretrial matters shall be called to the trial
judge's attention by the applicant no later than 7 days prior to
trial.

        Counsel are expected to calendar changes of plea and file a
notice of intent to change plea at the earliest possible time prior to
trial. If a final pretrial conference is scheduled, the change of plea
will be taken at the time set for the final pre-trial conference.  The
court expects all changes of plea to be effected no later than the
week preceding the trial date.

        A final pretrial conference is set for **Monday, February 6,**
**2006, at 8:30 a.m.**.

        Except as hereinafter provided, and unless other
arrangements are made at a final pre-trial conference, counsel shall
comply with the requirements of D.Ak.LR 39.2, 47.1, and 51.1 in
preparation for trial of this case.

        Briefs, proposed voir dire questions, and proposed jury
instructions shall be served and filed with the court at least 7
calendar days prior to the trial date.  Briefs shall not exceed 15
pages.  Briefs shall focus upon the legal issues and authorities
bearing upon these issues which the party anticipates will arise

ORDER SCHEDULING TRIAL
[]{IK1.WPD*Rev.12/96}

12

during the course of trial.  Proposed jury instructions may, but are not required to, include common jury instructions employed by the court in all criminal cases.  Counsel's proposed jury instructions must include substantive instructions appropriate to the charges made against each defendant and such other special instructions as counsel deem the circumstances of the particular case to require.

A05-0104--CR (JWS)    12/20/05
----------------------------------------------------------------------------
F. CURTNER (FPD)
C. RANDELL (US ATTY)
US MARSHAL

US PROBATION
JURY CLERK
MAGISTRATE JUDGE ROBERTS

ORDER SCHEDULING TRIAL
[]{IK1.WPD*Rev.12/96}                                                    2