Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TIFFANY LYNN SCOTT,<br><br>  Defendant. | NO. A05-0104 CR (JWS)<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

COMES NOW THE DEFENDANT, TIFFANY LYNN SCOTT, by and through counsel Rich Curtner, Federal Defender, and hereby gives notice of her intent to change her plea in the above-captioned case, pursuant to a written plea agreement. Defendant respectfully requests the court to schedule a change of plea hearing on February 3, 2006.  Trial is set in this case for February 6, 2006.

Counsel will be out of the district at the Federal Defender and Administrative Conference from January 30, 2006, to February 2, 2006.  Counsel has oral surgery scheduled for February 6, 2006.

Assistant U.S. Attorney Crandon Randell will be available on February 3, 2006.

DATED this 27th day of January 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:     907-646-3400
Fax:          907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:
I certify that on January 27, 2006,
a copy of the *Notice of Intent to Change Plea* was served electronically on:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Rich Curtner