**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*UNITED STATES OF AMERICA*   v.   *TIFFANY LYNN SCOTT*

THE HONORABLE JOHN W. SEDWICK          CASE NO.  3:05-cr-104 JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  January 27, 2006

Based on the notice of intent to change plea at docket 13, the final pre-trial conference and trial by jury set for February 6, 2006 are hereby **VACATED**.

The court will conduct a proposed change of plea proceeding at **1:00 PM** on Friday, **February 3, 2006**.

A copy of the plea agreement shall be filed as soon as possible.