**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA     v.     TIFFANY LYNN SCOTT

THE HONORABLE JOHN W. SEDWICK     CASE NO.   3:05-cr-00104-JWS

Deputy Clerk                         Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The proposed change of plea hearing previously scheduled to be held before Judge Sedwick on February 3, 2006, at 1:00 p.m. is hereby scheduled to be held before Judge Beistline at 1:00 p.m. on Friday, February 3, 2006, in Courtroom 2

DATE:  February 3, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]