Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TIFFANY LYNN SCOTT,<br><br>                Defendant. | Case No. 3:05-cr-0104-JWS<br><br>**MOTION FOR ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW FOR TRAVEL OUTSIDE OF DISTRICT** |

        Defendant, Tiffany Lynn Scott, by and through counsel Rich Curtner, Federal Defender, moves this court for an order modifying the conditions of release to allow Ms. Scott to travel outside of the district to visit with her son in Florida from March 7 through March 19, 2006.

        Undersigned counsel has spoken with Probation Officer Chris Liedike concerning the matter.  Mr. Liedike advised that he was unopposed to modifying the conditions of release to allow Ms. Scott to travel to Florida.  In addition, undersigned counsel has spoken with Assistant United States Attorney Crandon Randell regarding

this matter. Mr. Randell likewise advised that he was unopposed to modifying the conditions of release to allow Ms. Scott to travel to Florida.

DATED this 23rd day of February, 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
Alaska Bar No. 8706013
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Phone:     907-646-3400
Fax:          907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:

I certify that on February 23, 2006, a copy of the foregoing document was served electronically on:

Crandon Randell, Esq.

and a copy was hand-delivered to:

Chris Liedike, Probation Officer
United States Probation/Pretrial Services Office
222 West 7th Avenue, No. 48, Room 168
Anchorage, AK  99513-7562

s/Rich Curtner