UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>TIFFANY SCOTT,<br><br>                    Defendant. | Case No. 3:05-cr-0104-JWS<br><br>**ORDER ALLOWING DEFENDANT TO TRAVEL OUTSIDE OF DISTRICT** |

After due consideration of defendant's Motion For Order To Modify Conditions Of Release To Allow For Travel Outside Of District, the court **GRANTS** the motion.

Ms. Scott is hereby given permission to travel to Florida between March 7 and March 19, 2006, to visit with her son. Ms. Scott is to maintain contact with the pretrial service officer and provide the pretrial service officer with her location and contact information.

DATED February 27, 2006, in Anchorage, Alaska.

                                        /s/
                                        John W. Sedwick
                                        United States District Court Judge