Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TIFFANY LYNN SCOTT,<br><br>　　　　　Defendant. | NO. 3:05-cr-0104-JWS<br><br>**UNOPPOSED MOTION TO CONTINUE SENTENCING** |

　　　　COMES NOW THE DEFENDANT, TIFFANY LYNN SCOTT, by and through counsel Rich Curtner, Federal Defender, and moves this court for an order continuing her sentencing, currently scheduled for May 3, 2006, for a period of 30 to 60 days.

　　　　Assistant U.S. Attorney Crandon Randell does not oppose this motion.

　　　　This motion is submitted pursuant to D.Ak.L.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED this 25th day of April 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:    907-646-3400
Fax:      907-646-3480
E-Mail:   rich_curtner@fd.org

Certification:
I certify that on April 25, 2006,
a copy of the **Unopposed Motion to Continue Sentencing** and **Affidavit of Counsel** were served electronically on:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Rich Curtner