Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TIFFANY SCOTT,<br><br>    Defendant. | NO. 3:05-cr-0104-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

　　　　Rich Curtner, being first duly sworn upon oath, deposes and states:

　　　　1.　　I am the attorney in the above-captioned case.

　　　　2.　　Ms. Scott's sentencing is scheduled for May 3, 2006, at 8:30 a.m.

　　　　3.　　One of the sentencing factors Ms. Scott will be asking the court to consider at her sentencing is her efforts to make restitution to the Southcentral Foundation. Ms. Scott is in the process of selling her home as part of a settlement agreement with the Southcentral Foundation in a civil suit that preceded this criminal prosecution.

4. There is a pending offer to buy the home that is acceptable to Ms. Scott and the Southcentral Foundation. Completion of the sale and finalization of the settlement agreement will take approximately 30 days.

5. Crandon Randell, Assistant U. S. Attorney, stated that the U.S. Attorney's Office does not object to this request for a continuance. Mr. Randell will be in a trial in Homer starting May 1, 2006, that should last most of the month of May.

6. Counsel for Ms. Scott will be available any time in the months of June and July, except for the afternoon of June 6, 2006, or July 28, 2006.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Rich Curtner

SUBSCRIBED AND SWORN to before me this 25th day of April 2006.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008