DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel.: (907)271-5071
Fax: (907)271-1500
Email: crandon.randell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A05-104 CR (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SENTENCING MEMORANDUM** |
| v. | ) | |
| | ) | |
| TIFFANY LYNN SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and hereby submits this Sentencing Memorandum.

The government agrees with guideline calculations as determined by the probation officer. With a Total Offense Level of 19, defendant's imprisonment

range is 30 to 37 months.

The government recommends a sentence of three years imprisonment, for the following reasons:

The defendant stole a lot of money.  Charged in a three count Information, defendant pleaded guilty to, and admitted to, stealing $652,414.52. PSR, ¶ 3.  In fact, she most probably stole a lot more; Southcentral Foundation, the victim in this case, reports that Scott got away with $1,081,751.32.  PSR, ¶ 29, <u>Victim Impact Statement</u>.  Which translates into more than one million dollars.  Most embezzlers, in their wildest dreams, do not achieve such exalted heights.  Tiffany Scott pulled it off.  This achievement should be properly acknowledged and appropriately rewarded.

The defendant devoted a lot of time stealing one million dollars.  In fact, it took her four years, from May, 1999, through April, 2003. PSR, ¶ 11.  This campaign of embezzlement was not decided – or achieved – overnight.

The defendant evolved into an accomplished thief.  She proved resolute and dedicated.  She perfected, over the years, five (5) separate methods for stealing money.  *See* PSR, ¶¶ 11, 12, 13, 14, & 15.

The defendant, not surprisingly, blames others for her million-dollar campaign. The defendant's mental health doctor reports that defendant, foremost, blames her husband for her four year spree, alleging that her husband wanted their sons "to have the best of the best, despite also being physically abusive to them." PSR, ¶ 22. So, are we supposed to conclude that he beat his children and then ordered his wife to steal for them?

Then, as a fallback position, Scott blames the victim, Southcentral Foundation. The million-dollar sting is really the Foundation's own fault, because there existed "a culture at SCF where Foundation funds were often diverted for personal needs by many people in the organization, including the president and the vice-president." This realization, according to Scott, "made it okay in my mind." PSR, ¶ 23. So, the Foundation, by analogy, granted defendant permission to steal hundreds of thousands of dollars.

Finally, it should be noted that defendant is not unacquainted with the criminal justice system. *See* PSR, ¶¶ 48-50, 54-60 [Other arrests].

## RECOMMENDATION

Restitution should be ordered in accordance with PSR, ¶ 109a.

Supervised Release should be for a period of three years. PSR, ¶ 92.

RESPECTFULLY SUBMITTED on this <u>27th</u> day of April, 2006, in Anchorage, Alaska.

                                                            DEBORAH M. SMITH
                                                            Acting United States Attorney

                                                            <u>s/ Crandon Randell</u>
                                                           Assistant U.S. Attorney
                                                           Federal Building & U.S. Courthouse
                                                           222 W. 7th Avenue, #9, Room 253
                                                           Anchorage, Alaska 99513-7567
                                                           Tel.: (907)271-5071
                                                           Fax: (907)271-1500
                                                           Email: crandon.randell@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2006
a copy of the foregoing was served via
electronic service:

Rich Curtner


<u>s/ Crandon Randell            </u>