UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>TIFFANY SCOTT,<br><br>             Defendant. | NO. 3:05-cr-00104-JWS<br><br>**ORDER CONTINUING<br>SENTENCING** |

After due consideration of the defendant's Unopposed Motion to Continue Sentencing, the court GRANTS the motion. Sentencing in this matter shall be continued from May 3, 2006, to **July 6, 2006**, at the hour of **2:00 p.m.**

DATED May 1, 2006, in Anchorage, Alaska.


_____/s/_____
JOHN W. SEDWICK
U.S. DISTRICT COURT JUDGE