Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>TIFFANY LYNN SCOTT,<br><br>              Defendant. | Case No. 3:05-cr-0104-JWS<br><br>**MOTION FOR ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW FOR TRAVEL OUTSIDE OF DISTRICT** |

Defendant, Tiffany Lynn Scott, by and through counsel Rich Curtner, Federal Defender, moves this court for an order modifying the conditions of release to allow Ms. Scott to travel outside of the district to attend her son's graduation from Chamberlin High School in Tampa, Florida on May 22, 2006.  Ms. Scott also plans to get her son set up in college at Eckerd College in St. Petersburg, Florida.  She plans to leave Anchorage on May 17, 2006, and return June 13, 2006.  Her sentencing has recently been continued to July 6, 2006.

Undersigned counsel has spoken with Probation Officer Paula McCormick concerning this matter. Ms. McCormick advised that she was unopposed to modifying the conditions of release to allow Ms. Scott to travel to Florida.

DATED this 3rd day of May 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
Alaska Bar No. 8706013
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Phone:	907-646-3400
Fax:	907-646-3480
E-Mail:	rich_curtner@fd.org

Certification:
I certify that on May 3, 2006, a
copy of the *Motion for Order to Modify
Conditions of Release to Allow for
Travel Outside of District* was served
electronically on:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to

Paula McCormick
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Rich Curtner