Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TIFFANY LYNN SCOTT,<br><br>        Defendant. | Case No. 3:05-cr-0104-JWS<br><br>**UNOPPOSED MOTION TO CONTINUE SENTENCING** |

      COMES NOW THE DEFENDANT, TIFFANY LYNN SCOTT, by and through counsel Rich Curtner, Federal Defender, and moves this court for an order continuing her sentencing, currently scheduled for July 6, 2006, until the week of August 1, 2006.

      This motion is made at the request of Robert C. Bundy, counsel for the Southcentral Foundation. A letter from Mr. Bundy is attached.

      Assistant U.S. Attorney Crandon Randell does not oppose this motion.

      This motion is submitted pursuant to D. Alaska Loc. R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED this 5th day of July, 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:

I certify that on July 5, 2006,
a copy of the *Unopposed Motion to
Continue Sentencing and Affidavit of
Counsel* were served electronically on:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

and a copy was hand delivered to

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Rich Curtner