

**ROBERT C. BUNDY**
(907) 257-7853
FAX (907) 276-4152
bundy.robert@dorsey.com

July 5, 2006

**VIA FACSIMILE ONLY**
Crandon Randell
Assistant United States Attorney
Office of the United States Attorney
222 W. 7th Avenue, #9
Room 253
Anchorage, Alaska 99513-7567

**VIA FACSIMILE ONLY**
Rich Curtner
Federal Public Defender
601 W. 5th Avenue, Suite 800
Anchorage, Alaska 99501

RE: *United States vs. Tiffany Scott*, Case No. A05-104 CR

Dear Mr. Randell and Mr. Curtner:

This is to inform you that the final settlement agreement between Southcentral Foundation and Tiffany Scott has not yet been fully executed. As you know, under the terms of the agreement settling Southcentral Foundation's state court lawsuit against Tiffany Scott, which is based upon the activities giving rise to her current federal prosecution, she agreed to sell her house and assign the proceeds to Southcentral Foundation, less the amount contributed to the original purchase price by her father. An agreement has been entered into with a purchaser for sale of the house, but the sale will not close until July 31, 2006.

Southcentral Foundation believes that it is in the best interest of all concerned that sentencing occur after the settlement agreement is fully executed and the house sale has closed. That way, everyone will know the precise amount of restitution Ms. Scott will have contributed from the sale of the house and we will avoid the uncertainty inherent in the current situation.

I understand Mr. Curtner is available the week of August 1, 2006 and I am available on August 3 of that week. Your assistance in requesting that the sentencing be postponed to August 3, 2006, would be very much appreciated by Southcentral Foundation and me.

Thank you for your cooperation in this matter.

Very truly yours,

Robert C. Bundy

cc: Lisa Mock

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 907.276.4557 • F 907.276.4152
1031 WEST FOURTH AVENUE • SUITE 600 • ANCHORAGE, ALASKA 99501-5907
USA CANADA EUROPE ASIA

Exhibit A
Page 1 of 1