Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>TIFFANY SCOTT,<br><br>            Defendant. | Case No. 3:05-cr-0104-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Rich Curtner, being first duly sworn upon oath, deposes and states:

1.  I am the attorney in the above-captioned case.

2.  Ms. Scott's sentencing is scheduled for July 6, 2006, at 2:00 p.m.

3.  One of the sentencing factors Ms. Scott will be asking the court to consider at her sentencing is her efforts to make restitution to the Southcentral Foundation. Ms. Scott is in the process of selling her home as part of a settlement agreement with the Southcentral Foundation in a civil suit that preceded this criminal prosecution.

4. A final settlement agreement between Southcentral Foundation and Tiffany Scott has been completed, but not fully executed. The settlement agreement anticipates that Mrs. Scott will sell her home and proceeds of the sale be assigned to the Southcentral Foundation. An agreement has been entered into with a purchaser for sale of the house, but the sale will not close until July 31, 2006.

5. Robert Bundy, counsel for the Southcentral Foundation, has requested that sentencing be postponed until after the house sale has closed and the settlement agreement fully executed. Mr. Bundy's letter is attached.

6. The parties agree that a postponement of sentencing until early August will help address the amount of restitution owed by Mrs. Scott.

7. I will be available anytime on August 1 through August 4, 2006, for sentencing. I will not be available the week of August 7, 2006.

8. Crandon Randell, Assistant U. S. Attorney, stated that the U.S. Attorney's Office does not object to this request for a continuance.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Rich Curtner

SUBSCRIBED AND SWORN to before me this 5th day of July, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007