UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TIFFANY SCOTT,<br><br>        Defendant. | Case No. 3:05-cr-0104-JWS<br><br>**ORDER CONTINUING SENTENCING** |

After due consideration of the defendant's Unopposed Motion to Continue Sentencing, the court GRANTS the motion. Sentencing in this matter shall be continued from July 6, 2006, to **August 3rd, 2006, at the hour of 8:30 a..m.**

DATED July 6, 2006, in Anchorage, Alaska.

      /s/JOHN W. SEDWICK
      JOHN W. SEDWICK
      U.S. DISTRICT COURT JUDGE