Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>TIFFANY LYNN SCOTT,<br><br>            Defendant. | Case No. 3:05-cr-0104-JWS<br><br>**UNOPPOSED MOTION FOR ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW FOR TRAVEL OUTSIDE OF DISTRICT** |

       Defendant, Tiffany Lynn Scott, by and through counsel Rich Curtner, Federal Defender, moves this court for an order modifying the conditions of release to allow Ms. Scott to travel outside of the district to visit family in Florida. Ms. Scott was sentenced on August 3, 2006. She has been ordered to self-surrender to FCI Dublin in California by September 25, 2006. She plans to leave Anchorage for Florida on or about August 30, 2006, and then fly direct to FCI Dublin on September 24, 2006.

       Undersigned counsel has spoken with Probation Officer Paula McCormick concerning this matter. Ms. McCormick advised that she was unopposed to modifying the conditions of release to allow Ms. Scott to travel to Florida.

Undersigned counsel has also spoken with Assistant U.S. Attorney Crandon Randell concerning this matter. Mr. Randell stated that he was unopposed to modifying the conditions of release to allow Ms. Scott to travel to Florida.

DATED this 23rd day of August 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
Alaska Bar No. 8706013
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:
I certify that on August 23, 2006,
the *Unopposed Motion for Order
to Modify Conditions of Release
to Allow for Travel Outside of
District* was served electronically on:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to

Paula McCormick
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Rich Curtner