UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TIFFANY SCOTT,<br><br>    Defendant. | Case No. 3:05-cr-0104-JWS<br><br>**PROPOSED ORDER ALLOWING DEFENDANT TO TRAVEL OUTSIDE OF DISTRICT** |

  After due consideration of defendant's Unopposed Motion For Order To Modify Conditions Of Release To Allow For Travel Outside Of District, the court GRANTS the motion.

  Ms. Scott is hereby given permission to travel to Florida on or about August 30, 2006, to visit her family. Ms. Scott is then ordered to fly directly to FCI Dublin in California by September 24, 2006, so that she can self-surrender to FCI Dublin by September 25, 2006. Ms. Scott is to maintain contact with the pretrial service officer and provide the pretrial service officer with her location and contact information.

  DATED August _____, 2006, in Anchorage, Alaska.


              _____
              JOHN W. SEDWICK
              United States District Court Judge